THOMAS B. JOYCE, Appellant, v. MARY JOYCE, Respondent. (Appeal No. 2.) — Order, in so far as appealed from, affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

LOUISE KENYON, Respondent, v. THOMAS A. KENYON, Appellant.— Order, as resettled, granting motion to punish defendant for contempt and order granting defendant's motion to modify final judgment by reducing alimony, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

KIRCH HOLDING Co., INC., Appellant, v. JACKSON HILL DEVELOPMENT CORPORATION and AVALON CONSTRUCTION CORPORATION, Respondents.— Order granting motion of defendant Avalon Construction Corporation to dismiss original complaint and amended complaint, and order granting motion of defendant Jackson Hill Development Corporation for judgment on the pleadings, reversed upon the law, with ten dollars costs and disbursements, and motions denied, with ten dollars costs, with leave to Avalon Construction Corporation to answer within twenty days from service of a copy of the order herein. We are of the opinion that the obligation of defendant Avalon Construction Corporation under the contract survived the execution and delivery of the mortgage, and that that defendant was not relieved therefrom by the provision incorporated in the mortgage that the mortgage should be a lien for the amount due, which was exclusive of the amount which it agreed to advance, since this clause was surplusage and would have been implied in law. As to respondent Jackson Hill Development Corporation, the allegation in the complaint that it agreed to and did assume the obligation contained in the mortgage is sufficient. The facts constituting due performance by the plaintiff are specifically alleged. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

ELIX KRAVITZ, Respondent, v. B. B. & F. REALTY CORPORATION and Others, Defendants. PHILIP LEIZERKOWITZ, Appellant.— Order granting receiver's motion to direct appellant to make payment affirmed, with ten dollars costs and disbursements. No opinion. Rich, Young, Seeger and Scudder, JJ., concur; Lazansky, P. J., dissents and votes for reversal upon the ground that appellant has violated no direction of the court and his failure to live up to his agreement may not be dealt with summarily.

ANTHONY LACQUA, Appellant, v. GENERAL LINEN SUPPLY & LAUNDRY Co., INC., Respondent.— Order reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The taking of an X-ray photograph is not authorized by the statute.█ (*Van Orden* v. *Madow*, 207 App. Div. 827.) Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.